IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMANUEL JAMES CRAIG, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 10-0705-WS-M |
| CHERYL PRICE, | : | |
| Respondent. | : | |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied. It is further ordered that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 27th day of June, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE